UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                Plaintiff,                              Case No. 09-CR-61

                v.

DAJUAN GREEN,
ANTHONY BOUNDS, and
ANTHONY STEWART,

                Defendants.

_____

## PRELIMINARY ORDER OF FORFEITURE
_____

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules

of Criminal Procedure, and upon the entry of the plea agreements, and in consideration of the guilty

plea of Dajuan Green to the Information filed on July 15, 2010, and the guilty plea of Anthony

Bounds to Count Ten of the Second Superseding Indictment filed on September 15, 2009, and the

guilty plea of Anthony Stewart to Count Thirteen of the Second Superseding Indictment filed on

September 15, 2009;

IT IS HEREBY ORDERED that all right, title and interest of defendants Dajuan Green,

Anthony Bounds, and Anthony Stewart in the properties described below is hereby forfeited to the

United States pursuant to Title 21, United States Code, Section 853:

1.      Approximately \$9,600 in United States currency seized on or about March 4, 2009 from 5372 North 56th Street, Milwaukee, Wisconsin;

2.      Approximately \$6,500 in United States currency seized on or about March 4, 2009 from 2253 North 42nd Street, Milwaukee, Wisconsin; and

3. Approximately $3,000 in United States currency seized on or about March 4, 2009 from 3421 West Walnut Street, Milwaukee, Wisconsin.

IT IS FURTHER ORDERED that the above listed items shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the each of the defendants' Judgment and Commitment Orders.

Dated at Milwaukee, Wisconsin, this 8th day of September, 2010.


*s/ Rudolph T. Randa*
HON. RUDOLPH T. RANDA
United States District Judge